AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Georgia

| United States of America | ) |
|---|---|
| v. | ) |
| Diego Ibarra | ) Case No. 3:24-MJ-5-CHW |
| | ) 2420-0301-0621-J |
| | ) FID# 11647466 |
| | ) USM# 016449-511 |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Diego Ibarra,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Possession of Fraudulent Document

Date: 02/22/2024

City and state: Macon, GA

s/ C. Alston
*Issuing officer's signature*

C. Alston
*Printed name and title*

### Return

This warrant was received on *(date)* 02/29/2024, and the person was arrested on *(date)* 03/01/24
at *(city and state)* Athens, GA.

Date: 03/04/24

Benjie B[ ]
*Arresting officer's signature*

Benjie Binford DUSM
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:  DIEGO IBARRA

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height:                                                           Weight:

Sex:                                                                 Race:

Hair:                                                                Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: