IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NO. 3:24-CR-__8__ |
| | : |
| DIEGO IBARRA, | : VIOLATION(S): |
| | : 18 U.S.C. § 1546(a) |
| Defendant. | : |
| | : |

**THE GRAND JURY CHARGES:**

### COUNT ONE
**(Possession of Counterfeit Immigration Document)**

On or about February 23, 2024, in the Athens Division of the Middle District of Georgia, the defendant,

**DIEGO IBARRA,**

did knowingly possess a document prescribed by statute and regulation as evidence of authorized stay and employment in the United States, that is a United States Permanent Resident Card, in the name Diego Jose Ibarra, knowing the document to be forged, counterfeited, altered, falsely made, and otherwise unlawfully obtained, in violation of 18 U.S.C. Section 1546(a).

A TRUE BILL.

*/s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

PRESENTED BY:

PETER D. LEARY
UNITED STATES ATTORNEY

_____
MICHAEL D. MORRISON
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 12 day of March, AD 2024.

_____
Deputy Clerk