IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : SEALED |
| | : |
| v. | : SUPERSEDING INDICTMENT |
| | : |
| **DIEGO IBARRA,** | : CRIMINAL NO. 3:24-CR-8 |
| **ARGENIS IBARRA, and** | : |
| **ROSBELI FLORES-BELLO,** | : VIOLATION(S): |
| | : 18 U.S.C. § 1546(a) |
| **Defendants.** | : |

**THE GRAND JURY CHARGES:**

### COUNT ONE
### (Possession of Counterfeit Immigration Document)

On or about February 23, 2024, in the Athens Division of the Middle District of Georgia, the defendant,

**DIEGO IBARRA,**

did knowingly possess a document prescribed by statute and regulation as evidence of authorized stay and employment in the United States, that is a United States Permanent Resident Card, in the name Diego Jose Ibarra, knowing the document to be forged, counterfeited, altered, falsely made, and otherwise unlawfully obtained, in violation of 18 U.S.C. Section 1546(a).

### COUNT TWO
### (Possession of Counterfeit Immigration Document)

On or about October 27, 2023, in the Athens Division of the Middle District of Georgia, the defendant,

**DIEGO IBARRA,**

did knowingly possess a document prescribed by statute and regulation as evidence of authorized stay and employment in the United States, that is a United States Permanent Resident Card, in the name Diego Jose Ibarra, knowing the document to be forged, counterfeited, altered, falsely made, and otherwise unlawfully obtained, in violation of 18 U.S.C. Section 1546(a).

## COUNT THREE
### (Possession of Counterfeit Immigration Document)

On or about February 23, 2024, in the Athens Division of the Middle District of Georgia, the defendant,

### ARGENIS IBARRA,

did knowingly possess a document prescribed by statute and regulation as evidence of authorized stay and employment in the United States, that is a United States Permanent Resident Card, in the name Argenis Jose Ibarra Ibarra, knowing the document to be forged, counterfeited, altered, falsely made, and otherwise unlawfully obtained, in violation of 18 U.S.C. Section 1546(a).

## COUNT FOUR
### (Possession of Counterfeit Immigration Document)

On or about February 23, 2024, in the Athens Division of the Middle District of Georgia, the defendant,

### ARGENIS IBARRA,

did knowingly possess a document prescribed by statute and regulation as evidence of authorized stay and employment in the United States, that is a United States Social Security Card, in the name Argenis Jose Ibarra Ibarra, knowing the document to be forged, counterfeited, altered, falsely made, and otherwise unlawfully obtained, in violation of 18 U.S.C. Section 1546(a).

## COUNT FIVE
### (Possession of Counterfeit Immigration Document)

On or about February 23, 2024, in the Athens Division of the Middle District of Georgia, the defendant,

### ROSBELI FLORES-BELLO,

did knowingly possess a document prescribed by statute and regulation as evidence of authorized stay and employment in the United States, that is a United States Permanent Resident Card, in the name Rodrianny Brito Brito, knowing the document to be forged, counterfeited, altered, falsely made, and otherwise unlawfully obtained, in violation of 18 U.S.C. Section 1546(a).

## COUNT SIX
### (Possession of Counterfeit Immigration Document)

On or about February 23, 2024, in the Athens Division of the Middle District of Georgia, the defendant,

**ROSBELI FLORES-BELLO,**

did knowingly possess a document prescribed by statute and regulation as evidence of authorized stay and employment in the United States, that is a United States Social Security Card, in the name Rodrianny Brito Brito, knowing the document to be forged, counterfeited, altered, falsely made, and otherwise unlawfully obtained, in violation of 18 U.S.C. Section 1546(a).

A TRUE BILL.

*/s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

PRESENTED BY:

PETER D. LEARY
UNITED STATES ATTORNEY

MICHAEL D. MORRISON
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this \_\_11\_\_ day of June, AD 2024.

Deputy Clerk