IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CRIM. NO. 3:24-CR-8 |
| | : | |
| ARGENIS IBARRA, | : | |
| | : | |
| Defendant | : | |
| _____ | : | |

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO THE HONORABLE JUDGES OF SAID COURT:

The petition of the United States of America, by Peter D. Leary, United States Attorney for the Middle District of Georgia, respectfully shows:

1. That an indictment was filed against ARGENIS IBARRA in the United States District Court for the Middle District of Georgia, charging the defendant with two counts of Possession of Counterfeit Immigration Documents in violation of 18 U.S.C. Section 1546(a).

2. That said Defendant is now confined at the ICE Stewart Detention Center, 146 CCA Road Lumpkin, GA 31815 in the custody of the Corrections Corporation thereof.

3. Petitioner further shows that the above-entitled case has been assigned for an initial appearance on the 11th day of July 2024 at 2:30 p.m. at the United States Courthouse in Macon, Georgia, and it is necessary that said Defendant be brought before this Honorable Court for said hearing at the time aforesaid.

WHEREFORE, your Petitioner prays that a writ of habeas corpus ad

prosequendum duly issue, directed to the Corrections Corporation of said penal institution, directing and requiring him to deliver the body of the said ARGENIS IBARRA H/M, DOB \*\*/\*\*/1999, to the Marshal of this District, or his lawful deputy, to be brought by him before this Honorable Court at the time of said hearing aforesaid, to the end that he may then and there participate in the initial appearance on the 11th day of July 2024, at 2:30 p.m., and may receive and abide by the judgment of this Court in the premises, thence to be returned to the custody from whence he came.

RESPECTFULLY SUBMITTED, this 5th day of July 2024.

PETER D. LEARY
UNITED STATES ATTORNEY

BY:   */s/Michael Morrison*
MICHAEL MORRISON
Assistant United States Attorney
Georgia Bar No. 153001
United States Attorney's Office
Post Office Box 1702
Macon, Georgia 31202
Telephone: (478)752-3511
Facsimile: (478)621-2655
Email: Mike.Morrison@usdoj.gov