IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : SUPERSEDING INDICTMENT |
| v. | : CRIMINAL NO. 3:24-CR-8-TES-CHW |
| ARGENIS IBARRA, | : |
| Defendant. | : |

## PLEA

I, **ARGENIS IBARRA**, having been advised of my constitutional rights, and having had the charges herein stated to me, plead _Not Guilty_

This 11th day of July, 2024.

X _Argenis Ibarra_
ARGENIS IBARRA
DEFENDANT

_Leslie Spoonberger Jones_
LESLIE JONES
ATTORNEY FOR DEFENDANT

_[signature]_
MICHAEL MORRISON
ASSISTANT UNITED STATES ATTORNEY