UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIM. NO. 3:24-CR-8-TES |
| vs. | : |
| DIEGO IBARRA, | : |
| Defendant | : |

## CHANGE OF PLEA

I, Diego Ibarra, having been advised of my Constitutional rights, and having had the charges herein stated to me, now plead **Guilty** to Counts One and Two of the Superseding Indictment, this 15 day of July, 2024.

I also acknowledge the fact the Court is required to consider any applicable advisory sentencing guideline when imposing sentence in this case.

_____
DIEGO IBARRA
DEFENDANT

_____
ATTORNEY FOR DEFENDANT

_____
MICHAEL D. MORRISON
ASSISTANT UNITED STATES ATTORNEY