AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

JUN 12 '24 AM 9:42
U.S. MARSHALS SERVICE

| | |
|---|---|
| United States of America<br>v. | )<br>) |
| | )     Case No. 3:24-CR-00008-003 TES |
| | )     **FID # 11684203** |
| | )     **2420--0612-1135-J** |
| ROSBELI FLORES-BELLO | )     USMS # 23571-511 |
| *Defendant* | ) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    ROSBELI FLORES-BELLO                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Possession of Counterfeit Immigration Document (2 Counts)

Date:    June 11, 2024

s/ Gail G. Sellers
*Issuing officer's signature*

City and state:    Athens, Georgia

Gail G. Sellers, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 06/12/24 , and the person was arrested on *(date)* 07/03/24<br>at *(city and state)* San Antonio, TX . |
| Date: 08/27/24       Benjie Bi~~~~ ~~~~<br>             *Arresting officer's signature*<br><br>             Benjie Bickford  DUSM<br>             *Printed name and title* |