# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| v. | ) CASE NO.: 3:24-CR-8-TES |
| | ) |
| **DIEGO IBARRA,** | ) |
| | ) |
| **Defendant.** | ) |

## PROTECTIVE ORDER GOVERNING ALIEN FILE

For the reasons set forth in the United States' Motion for Protective Order regarding the Defendant's Alien file signed and submitted by Assistant United States Attorney Michael Morrison on September 24, 2024, **IT IS HEREBY ORDERED** that:

1. Access and review of the defendant's Alien file provided to the Court by the Department of Homeland Security, through the Department of Justice, will be accessible by the Court and defendant's counsel for the purpose of reviewing identity documents, immigration history and what, if anything, the defendant presented to government officials in order to remain, or seek lawful status in the United States. These documents are to be reviewed for the sole purpose of the determination of sentencing terms and conditions.

2. Defendant's alien file shall be entered into the record of proceedings under seal in the event that it is needed for appellate review. Otherwise, no other copies shall be made of any materials in the defendant's alien file.

3. Materials in the defendant's alien file shall not be further disseminated by the Court, or defense counsel to any individual, organization, or other entity, other than:

    a. The defendant for review only.

    b. Members of the defense team (co-counsel, paralegals, investigators, litigation support personnel, or secretarial staff); and

    c. Necessary Court staff.

4. The defendant shall not be given copies of any materials within the defendant's alien file.

5. This order shall survive the termination of this action, and upon termination of this action and after the time for appeal and/or post-conviction (i.e., habeas corpus or collateral attack under 18 U.S.C. § 2255) has expired, counsel for the defendant shall return all copies of the material to the United States, shall certify that said documents have been destroyed, or, to the extent counsel deems it necessary to maintain any part of discovery, shall be governed by this order and certify that the discovery material is stored in a way that makes any discovery material inaccessible to any third parties and provide a document destruction date.

    **SO ORDERED** this __25th__ day of ____September____, 2024.

                                                     s/Tilman E. Self, III
                                                     TILMAN E. SELF, III
                                                     UNITED STATES DISTRICT JUDGE
                                                     MIDDLE DISTRICT OF GEORGIA