IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | CRIMINAL NO. 3:24-CR-8 |
| DIEGO IBARRA, | : | |
| ARGENIS IBARRA, and | : | |
| ROSBELI FLORES-BELLO, | : | |
| | : | |
| Defendants. | : | |

## ORDER

The Motion to Relinquish Custody of Federal Inmates filed by the United States is hereby GRANTED. Accordingly, it is hereby ORDERED that Clarke County Sheriff John Q. Williams, or one of his duly appointed deputies, procure the bodies of Diego Ibarra, Argenis Ibarra, and Rosbeli Flores-Bello (collectively "federal inmates") from the custody of the United States Marshals Service for the Middle District of Georgia and lodge them in the Clarke County Jail in Athens, Georgia, no later than the 14th day of November, 2024, to be present to be called as witnesses in the trial of *State of Georgia v. Jose Antonio Ibarra*, Clarke County Superior Court Indictment No. SU-24-CR-0323, at 9:00 a.m. on November 18, 2024. It is further ORDERED that upon completion of said trial, that the federal inmates shall be returned to the custody of the United States Marshals Service.

ORDERED this 6th day of November, 2024.

_____
CHARLES H. WEIGLE
U.S. MAGISTRATE JUDGE