IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
Athens DIVISION

| | |
|---|---|
| United States | * |
| | * Case Number: 3:24-CR-0008 TES |
| v. | * |
| | * |
| DIEGO IBARRA, | * |
| DEFENDANT. | * |

## WRITTEN WAIVER OF APPEAL

On March 19, 2025, the Court provided counsel and Defendant with written notice of Defendant's appeal rights and advised counsel that a Notice of Appeal or written Waiver of Appeal should be filed within fourteen (14) days after entry of the written judgment. Following consultation with Defendant on his appeal rights, counsel and Defendant hereby execute this written Waiver of Appeal.

Respectfully submitted, this 21st day of March, 2025.

_____
Defendant

s/ M. Eric Eberhardt
Attorney for Defendant
Georgia Bar No. 238201
mee@ehlawfirm.com

Eberhardt & Hale, LLP
1160 S. Milledge Ave., Ste 120
Athens, GA 30605
706-549-1965
706-549-5185 (Fax)
mee@ehlawfirm.com

(Read to Defendant in Spanish by Interpreter Smith)